**In re UNION PACIFIC RAILROAD COMPANY.**

No. 04–08–00388–CV.

Court of Appeals of Texas, San Antonio.

Aug. 20, 2008.

Deborah A. Newman, Patrick W. Drouilhet, Newman, Favaloro & Troegel, Lynne Liberato, Kent Rutter, Haynes and Boone, L.L.P., Houston, TX, for Appellant.

Darrin Walker, Law Office of Darrin Walker, Kingwood, TX, George L. LeGrand, Stanley Bernstein, LeGrand & Bernstein, P.C., San Antonio, TX, Robert M. Tramuto, Jones, Granger, Tramuto, Christy & Halstead, Houston, TX, for Appellee.

Sitting: ALMA L. LÓPEZ, Chief Justice, PHYLIS J. SPEEDLIN, Justice, STEVEN C. HILBIG, Justice.

### MEMORANDUM OPINION

PER CURIAM.

The court has considered relator's petition for a writ of mandamus and the response of the real parties in interest and is of the opinion that relief should be denied. Accordingly, relator's petition for a writ of mandamus is denied. *See* TEX.R.APP. P. 52.8(a).